UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

H&S CONTRACTING, INC., et al,   Civil Nos. 17-355 (JRT/LIB)

        Plaintiffs,

v.

                                        **ORDER ADOPTING REPORT**
KINETIC LEASIN, INC, et al,   **AND RECOMMENDATIONS**

        Defendants,

_____

    H&S Contracting, Inc, and Tracy A. Hazelton, *pro se* plaintiffs.

    Joseph A Wetch, Jr, **SERKLAND LAW FIRM,** 10 Roberts Street, P.O. Box 6017, Fargo, ND 58108-6017, for defendant Kinetic Leasing, Inc.

    Jeffry C Braegelmann, **GISLASON & HUNTER LLP - NEW ULM,** PO Box 458, New Ulm, MN 56073-0458, for defendant First Bank & Trust.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

    1.    Defendant First Bank and Trust's Motion for Summary Judgment, [Docket No. 30], is **GRANTED in part and DENIED in part**.

    2.    The proceeds from the September 16, 2016, sale of the Equipment which are on deposit with the Court should be distributed to First Bank & Trust.

    **3.**    Defendant Kinetic Leasing, Inc.'s Motion for Summary Judgment, [Docket No. 43], is **DENIED**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 6, 2018                    s/John R. Tunheim
at Minneapolis, Minnesota              JOHN R. TUNHEIM
                                       Chief Judge
                                       United States District Court